UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACARI NICHOLS | Case No. 3:25-CR-70-CCB-SJF |

## **ORDER**

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed January 13, 2026. (ECF 27). Defendant Jacari Nichols pleaded guilty to Count 1 of the Superseding Indictment charging him with possession with intent to distribute 10 grams or more of a mixture and substance containing a detectable amount of carfentanil, an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl) in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to the offense charged in Count 1 of the Superseding Indictment is hereby accepted. The Court defers entering judgment until sentencing.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the

basis and authority for its objection and, where applicable, any evidence the party expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on January 29, 2026.

                                                                         */s/Cristal C. Brisco*
                                                                         CRISTAL C. BRISCO, JUDGE
                                                                         UNITED STATES DISTRICT COURT